UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**IBEW No. 292 Health Care Plan, Electrical Workers Local No. 292 Pension Fund, Electrical Workers Local No. 292 Annuity & 401 (k) Fund, Electrical Workers Local No. 292 Vacation & Holiday Fund, Minneapolis Electrical Industry Board/JATC/LMCC,**

Plaintiffs,

vs.

**Harvey Electric, Inc.,**

Defendant.

Civil No. 02-827 JMR/FLN

ORIGINAL

**ORDER TO SHOW CAUSE**

The above matter came before the Court upon Plaintiffs' Motion Seeking an Order to Show Cause to hold Defendant in civil contempt for failure to obey the Court's previous Order filed January 27, 2003, which ordered Defendant to produce monthly fringe fund reports and contributions from May 2002 to the present. Pursuant to that Motion the Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendant is hereby ordered to personally appear before this Court on **Wednesday, April 2, 2003 at 9:30 a.m.** at the United States Courthouse, Courtroom 738, 316 North Robert Street, St. Paul, Minnesota to show cause, if any, why a Contempt of Court Order should not be entered adjudging the Defendant in civil contempt of this Court for continuing to refuse to produce fringe fund reports and contributions for the period August 2002 through January 2003 and that Defendant should show cause why he should

FILED FEB 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

not be committed to confinement until compliance with the Court's Order filed of January 27, 2003.

BY THE COURT:

Date: February 20, 2003

James M. Rosenbaum
Chief Judge United States District Court