UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No.02-827 JMR/FLN

IBEW No. 292 Health Care Plan, Electrical Workers Local No. 292 Pension Fund, Electrical Workers Local No. 292 Annuity & 401 (k) Fund, Electrical Workers Local No. 292 Vacation & Holiday Fund, Minneapolis Electrical Industry Board/JATC/LMCC,

Plaintiffs,

vs.

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER FOR MONEY JUDGMENT**

Harvey Electric, Inc.,

Defendant.

This matter was brought before the Court on Plaintiffs' motion for entry of a money judgment pursuant to this Court's Order dated January 23, 2003, which Ordered the Defendant to submit fringe benefit report forms, to pay contributions and liquidated damages, and provided that Plaintiffs were entitled to entry of judgment after the reports were submitted and upon affidavit of counsel stating reasonable attorneys' fees and costs.

**FINDINGS OF FACT**

1. On November 8, 2002, this case was heard by the Court upon Plaintiffs' motion seeking an Order for Default Judgment.

2. Based upon the pleadings, record, filings and arguments of Counsel, this Court entered Default Judgment dated January 23, 2003, against the Defendant and ordered that Defendant produce fringe benefit report forms for May 2002 through the date of the Order, that Plaintiffs were entitled to judgment for the amounts shown to be owing

FILED 5-5-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 5-5-03
DEPUTY CLERK

in those reports, that Plaintiffs were entitled to judgment for an additional $1,000 per month in liquidated damages for each month in which Defendant failed to timely submit reports and contributions, and that Plaintiffs were entitled to judgment for their reasonable attorneys' fees and costs, to be determined upon application and affidavit of Plaintiffs' counsel.

3. Defendant submitted some reports, but failed to comply fully with that Order and Plaintiffs moved for contempt of court.

4. After Plaintiffs' motion, Defendant produced the required report forms for the period of August 2002 through February 2003.

5. Defendant has also made some contributions payments, which were received after the month in which the contributions were owing.

6. According to the reports submitted, $ 24,821.86 in contributions are owing for the period November 2002 through February 2003.

7. As is provided in the Agreements between the parties, Plaintiffs are entitled to liquidated damages in the amount of $1,000 per month for delinquent reports and contributions submitted after the end of the month. Liquidated damages for the period October 2001 through February 2003 total $ 17,000.

8. Defendant has failed to pay these amounts owing.

9. Plaintiffs have incurred $3,471.25 in attorneys' fees and $664.06 in costs associated with this action.

## CONCLUSIONS OF LAW

10. Defendant owes contributions in the amount of $24,821.86 for the period of November 2002 through February 2003.

11. Defendant owes $17,000 in liquidated damages for the period October 2001 through February 2003.

12. Defendant owes $4,135.31 in reasonable attorneys' fees and costs, which Plaintiffs has incurred in prosecution of this matter.

## ORDER FOR JUDGMENT

IT IS HEREBY ORDERED:

1. That Plaintiffs' application for Entry of a Money Judgment is granted.

2. That the Clerk enter judgment in favor of Plaintiffs and against Defendant in the amount of $45,957.17.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: May 2nd, 2003

The Honorable James Rosenbaum
Chief Judge of District Court